IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAMID AKBARI; SEYEDAH
VIDA AMJADI-ZANJANI,

        Plaintiffs,                No. CIV S-11-2219 MCE EFB PS

    vs.

AZTEC FORECLOSURE
CORPORATION; ONE WEST
BANK, FSB,

        Defendants.             ORDER
_____/

       This case, in which plaintiffs are proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On September 21, 2011, defendant Aztec Foreclosure Corporation filed a Declaration Re: Non-Monetary Status pursuant to California Civil Code section 2924*l*. Dckt. No. 5. On September 30, 2011, plaintiffs filed objections thereto, as provided in California Civil Code section 2924*l*(c). Dckt. No. 6. Then, on October 21, 2011, plaintiffs filed a request for an expedited hearing regarding the dispute. Dckt. No. 10. However, Aztec Foreclosure Corporation filed a motion to dismiss on October 19, 2011, effectively withdrawing its non-monetary status declaration. *See* Dckt. No. 8.

       Accordingly, plaintiffs' request for a hearing, Dckt. No. 10, is denied as moot.

Dated: October 25, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE